UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARY E. SANDOVAL, DANIEL S. WICKER,

Plaintiffs,

v.

CHRISTINA M. BEESON, et al.,

Defendants.

CASE NO. 2:18-cv-00680-RSM

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

Plaintiff Mary E. Sandoval's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff and to the Honorable Ricardo S. Martinez.

DATED this 22nd day of May, 2018.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1